UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARK S. BEDNAR, Individually and
as the Personal Representative of the
ESTATE OF KAREN J. BEDNAR,
Deceased,

        Plaintiff,

Case No. 07-C-01062

S.C. JOHNSON & SON, INC.,
THE AUTO CLUB GROUP,

        Involuntary Plaintiffs,

    v.

STATE FARM MUTUAL AUTOMOBILE INS. CO.,
DEBRA D. ROSSI, CATHOLIC MUTUAL RELIEF
SOCIETY OF AMERICA, ROMAN CATHOLIC
DIOCESE OF JOLIET, A TRUST, ST. IRENE
CATHOLIC CHURCH,

        Defendants.

---

## ORDER TO AMEND PLEADINGS AND ADD PARTY

Based on the foregoing Stipulation and agreement of the parties, it is hereby Ordered as follows:

    1.    The pleadings are amended and State Farm Fire & Casualty Company shall be added as a party defendant and the caption shall reflect same.

    2.    That State Farm Fire & Casualty Company shall be represented by Richard R. Mueller, Esq., Mueller, Goss & Possi, S.C., 744 N. Fourth Street, Ste 600, Milwaukee, WI 53203-2177.

3. Attorney Mueller shall answer the allegations as set forth in paragraph 2 of the stipulation on behalf of State Farm Fire & Casualty Company.

Dated at Milwaukee, Wisconsin this 19th day of February, 2008.

BY THE COURT:

s/Aaron E. Goodstein
U.S. Magistrate Judge